ROBERT FRAZER
United States Attorney
MARK C. ORLOWSKI
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2760
email: mark.orlowski@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BLACK ARROW STRATEGIES LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>RAMSEY GOLF AND COUNTRY CLUB, INC.,<br><br>*Defendants.* | Hon. Jamel K. Semper<br><br>*Civil Action No.* 2:26-cv-09465-JKS-LDW<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; APPLICATION FOR ORDER UNSEALING MATTER, AND UNSEALING CERTAIN DOCUMENTS** |

**<u>FILED IN CAMERA AND UNDER SEAL</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its election to decline to intervene in the above-captioned action.

Given the declination by the United States, the United States respectfully requests that the Court issue an Order unsealing this matter, unsealing certain documents, and providing for all other documents to remain sealed. Specifically, the United States requests that: (i) Relator's Complaint and any amended complaints, this Notice, and the attached proposed Order be unsealed; and (ii) all other papers

on file in this action remain under seal, because these papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended. The United States is filing with this Notice a proposed Order to this effect.

Dated: October 23, 2026
Newark, New Jersey

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Mark C. Orlowski*
MARK C. ORLOWSKI
Assistant U.S. Attorney

*Attorneys for United States of America*

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Healthcare Fraud and Opioids Enforcement Unit*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Mark C. Orlowski*
*Assistant United States Attorney*

*970 Broad Street, 7th Floor*
*Newark, NJ 07102*
*mark.orlowski@usdoj.gov*

*main: 973-645-2700*
*direct: 973-645-2760*

October 23, 2026

Clerk
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: United States *ex rel.* [UNDER SEAL] v. [UNDER SEAL]
Civil Action No. 2:26-cv-09465-JKS-LDW

**FILED IN CAMERA AND UNDER SEAL**

Dear Madam:

I enclose for filing *ex parte* and under seal in the above-referenced case the following documents:

1. Notice of Appearance;
2. The United States' Notice of Election to Decline Intervention; Unsealing Matter; and Unsealing Certain Documents;
3. Proposed form of Order; and
4. Certificate of Service.

We would greatly appreciate receiving a copy of the signed Order via USAFX.

Sincerely,

ROBERT FRAZER
United States Attorney

By: *s/ Mark C. Orlowski*
MARK C. ORLOWSKI

Assistant U.S. Attorney

Enclosures

cc: Hon. Jamel K. Semper, U.S.D.J. (w/ enclosures)
Mark K. Svensson (w/o enclosures)
Philip J. Krzeski (w/o enclosures)

ROBERT FRAZER
United States Attorney
MARK C. ORLOWSKI
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2760
email: mark.orlowski@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BLACK ARROW STRATEGIES LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>RAMSEY GOLF AND COUNTRY CLUB, INC.,<br><br>*Defendants.* | Hon. Jamel K. Semper<br><br>*Civil Action No.* 2:26-cv-09465-JKS-LDW<br><br>**CERTIFICATE OF SERVICE** |

**FILED IN CAMERA AND UNDER SEAL**

I, Mark C. Orlowski, hereby certify that on October 23, 2026, I caused copies of a Notice of Appearance; the United States' Notice of Election to Decline Intervention, Unsealing Matter, and Unsealing Certain Documents; and a proposed form of Order, to be sent via e-mail, to:

Mark K. Svensson
**MILBERG, PLLC**
405 East 50th Street
New York, New York 10022
Tel.: (202) 975-0468
msvensson@milberg.com

Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
pkrzeski@chestnutcambronne.com

*Counsel for Relator*

I swear that the foregoing statements are true and correct to the best of my ability and knowledge. I am aware that I am subject to penalty for any willful misstatement herein.

Dated: October 23, 2026
Newark, New Jersey

*s/ Mark C. Orlowski*
Mark C. Orlowski
Assistant U.S. Attorney